

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT A. JOHNSON,    )    No. C 13-0948 JSW (PR)
      Plaintiff,    )    **ORDER OF TRANSFER**
  v.    )
JACK ST. CLAIR, et al.,    )    **(Docket No. 5)**
      Defendants.    )

Plaintiff, a California prisoner incarcerated at the Sierra Conservation Center, in Jamestown, California, filed this action complaining about the medical care he is receiving there.

When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court *sua sponte* where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986).

Plaintiff's allegations concern events at the Sierra Conservation Center and

actions by officials located there. The Sierra Conservation Center is located in Tuolumne County, which lies within the venue of the United States District Court for the Eastern District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. Ruling on Plaintiff's motion for leave to proceed in forma pauperis (Dkt. No. 5) is deferred to the Eastern District.

The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: MAY 0 2 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JACK ST. CLAIR, et al,<br><br>    Defendant. | Case Number: CV13-00948 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert A. Johnson
Sierra Conservation Center
5150 O'Byrnes Ferry Road
C-78270
Jamestown, CA 95327

Dated: May 2, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk